# In the United States Court of Federal Claims

No. 02-1278T

(Filed: February 15, 2006)

PRINCIPAL LIFE INSURANCE COMPANY
and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 2, 2005, the parties filed a joint stipulation of facts. The Court wishes to receive further information on the business expenditures and employees of Principal FC, Ltd. Accordingly:

(i) On or before March 1, 2006, the parties shall augment their joint stipulation of facts with a summary by year of all expenditures made by Principal FC, Ltd. in 1991-2002, other than payments made to Prudential Life Insurance Company on the purchase money notes. The parties shall also include a list of all Principal FC, Ltd. employees during the same time period.

(ii) If the parties cannot agree on a joint stipulation to this effect, on or before March 1, 2006, plaintiff shall file appropriate documentation detailing such expenditures and employees, and plaintiff shall respond on or before March 15, 2006.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge